1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ANGEL PEREZ,                    Case No. 1:17-cv-01075-JDP

12              Petitioner,

13        v.                              ORDER SETTING A BRIEFING SCHEDULE
                                          FOR RESPONDENT'S MOTION TO
14   ANDRE MATEVOUSIAN,                   DISMISS THE PETITION FOR A WRIT OF
                                          HABEAS CORPUS
15              Respondent.

16
                                          (Doc. No. 15)
17

18        Respondent moves to dismiss pro se petitioner Jose Angel Perez's petition for a writ of

19   habeas corpus filed under 28 U.S.C. § 2241.  (Doc. No. 15.)  Respondent contends that the

20   petition is moot because the U.S. District Court for the Eastern District of North Carolina recently

21   amended its April 11, 1994 judgment to reflect that the charge against petitioner under

22   18 U.S.C. § 924(c)—possession of a firearm during a drug trafficking crime—had been vacated.

23   (*See* Doc. No. 15-1, at 17 (Amended Judgment).)  Petitioner's deadline for responding to the

24   motion to dismiss—Wednesday, April 25, 2018—has passed, but the court has not received a

25   response from petitioner.  Although the court will allow petitioner another opportunity to respond

26   to the motion to dismiss, petitioner's failure to respond may result in the dismissal of this case.

27

28

Accordingly,

1.  Petitioner's new deadline for responding to respondent's motion to dismiss is Tuesday, June 26, 2018; and

2.  Petitioner's failure to respond to the motion to dismiss may result in dismissal of this case.

IT IS SO ORDERED.

Dated:    June 5, 2018          /s/ *Jeremy D. Peterson*
                                UNITED STATES MAGISTRATE JUDGE